PROB 12C
(6/16)

Report Date: January 6, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Santiago Rojas-Rangel | Case Number: 0980 2:10CR02137-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 28, 2011

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison - 41 months         Type of Supervision: Supervised Release
TSR - 36 months |
| Asst. U.S. Attorney: | Alison L. Gregoire          Date Supervision Commenced: 01/30/2014 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: 01/29/2017 |

### PETITIONING THE COURT

   **To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On December 19, 2016, Mr. Rangel pled guilty in Yakima County Superior Court, cause number 16-1-01598-6, to two felony counts of possession of a controlled substance, methamphetamine, with protected zone enhancements. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: On September 6, 2016, Mr. Rangel was arrested in Yakima, Washington, by Yakima Police Department officers as a result of a drug investigation.  On December 14, 2016, it was verified with Immigration and Customs Enforcement that Mr. Rangel was deported from the United States through Brownsville, Texas, on January 30, 2014.  Mr. Rangel did not have permission to reenter the United States. |

Prob12C

Re: Rojas-Rangel, Santiago
January 6, 2017
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/06/2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/10/2017

Date